**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| RAYMOND M. KRUSHIN, | : | No. 102 MM 2017 |
| Petitioner | : | |
| v. | : | |
| COMMON PLEAS COURT LUZERNE COUNTY, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 16th day of August, 2017, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and the Application for an Immediate Hearing are DENIED.